IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR404 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18877-047 |
| | ) | |
| DAVID LEE RUSSELL, | ) | David R. Stickman |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: August 31, 2004 | ) | |
| Date of previous sentence reduction: June 23, 2008 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the unopposed motion (Filing No. 103) is GRANTED, the stipulation (Filing No. 104) is approved, and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months, later reduced to 121 months, is now reduced to 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33          Amended Offense Level: 27
Criminal History Category: II       Criminal History Category: II
Previous Guideline Range: 151 to 188 months    Amended Guideline Range: 120 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated August 31, 2004, shall remain in effect. The fine range is $12,500 months-$4,000,000.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2011
Effective Date: December 20, 2011

s/Laurie Smith Camp
Chief United States District Judge